**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JESSEL ISAAC PEREZ-HERNANDEZ,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, *et al*.,

Respondents.

Case No. ED CV 26-05690-DMG-RAO

ORDER GRANTING UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS

On September 24, 2026, Petitioner Jessel Isaac Perez-Hernandez (A#246-435-299), a noncitizen in immigration custody at the Adelanto Immigration and Customs Enforcement (ICE) Facility and proceeding *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Pet. [Doc. # 1]. Petitioner seeks his immediate release on the grounds that ICE violated his constitutional due process and statutory rights by unlawfully detaining him without first providing adequate pre-detention notice and process.

On September 25, 2026, the Court issued a Notice of General Order 26-05 and Briefing Schedule that requires Respondents to file an Answer to the Petition by no later than seven days from the date of the Notice. [Doc. # 5.] To date, Respondents

have not filed an answer or otherwise communicated with the Court. On October 7, 2026, Petitioner filed a Notice of Respondents' failure to appear or answer, asking the Court to grant the Petition. [Doc. # 8.] In light of the absence of an Answer, the Court deems the Petition unopposed.

For the reasons set forth below, the Petition is GRANTED, and Respondents are ORDERED to release Petitioner immediately under the same conditions he was subject to before his current detention.

Petitioner, a noncitizen, entered the United States in 2022. Pet. at 5. Border Patrol detained him and then released him with alternatives to detention. *Id*. As part of his parole conditions, he was required to check in with immigration authorities in Los Angeles. *Id*. At a regularly scheduled check-in, Petitioner appears to have been taken into custody. *Id*. Petitioner was not provided notice of pre-detention of Respondents' intention to arrest and detain him. *Id*. at 9.

Petitioner has a protected due process interest in being released, as he has lived in this country for almost four years. *See Zadvydas v. Davis*, 533 U.S. 678, 679 (2001) ("[T]he Due Process Clause applies to all persons within the United States, including [noncitizens], whether their presence is lawful, unlawful, temporary, or permanent."); *see also Pinchi v. Noem*, 792 F. Supp. 3d 1025, 1033 (N.D. Cal. 2025) (petitioner has substantial private interest in remaining in her home, continuing her employment and maintaining her community ties). Because Respondents elected not to respond to the Petition, the record is devoid of any evidence or argument of a significant government interest in detaining Petitioner. Thus, it is uncontroverted that Petitioner has a significant due process interest in being released, he has complied with the terms of his release, and poses no apparent risk of flight or danger to the community. Considering these circumstances and Respondents' non-opposition, the Court concludes Petitioner's immediate release is warranted.

///

Accordingly, the Court GRANTS the Petition and ORDERS Respondents to release Petitioner Jessel Isaac Perez-Hernandez (A#246-435-299) from immigration custody immediately. The request to proceed *in forma pauperis* is GRANTED. [Doc. # 2.] The request for appointment of counsel is DENIED AS MOOT. [Doc. # 3.]

Respondents shall return to Petitioner any of Petitioner's personal belongings that were seized from him, including all identification, work authorization, or other official documents.

It is further ORDERED that Petitioner shall be returned to the same release conditions in place prior to his current detention. Respondents shall file a "Notice of Release" within three days of the entry of this Order. The Notice shall include confirmation of the return of the above-named belongings.

Additionally, Respondents are ENJOINED from re-detaining Petitioner absent strict compliance with the requirements of due process and all applicable statutes and regulations.

DATED: October 8, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE