**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JESSEL ISAAC PEREZ-HERNANDEZ,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. ED CV 26-05690-DMG-RAO

JUDGMENT

Pursuant to the Order Granting Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is GRANTED and this action is closed.

DATED: October 8, 2026

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE